**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00685-CV

---

**ASSOCIATED AIR CENTER LP F/K/A A LANDMARK AVIATION CO.,
ASSOCIATED AIR CENTER INTERNATIONAL, INC.; DAE AVIATION HOLDINGS,
INC. D/B/A DUBAI AEROSPACE, APPELLANTS**

**V.**

**TARY NETWORK, LTD.; CITADELLA INTERNATIONAL GROUP, LTD.,
APPELLEES**

---

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-01620**

## ORDER

The reporter's record is overdue in this appeal. By postcard dated May 28, 2013, we directed court reporter Sheretta L. Martin to file, within thirty days, the reporter's record. To date, the record has not been filed.

Accordingly, we **ORDER** court reporter Sheretta L. Martin to file, within **TWENTY DAYS** of the date of this order, the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this Order by electronic transmission to the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court, and court reporter Sheretta L. Martin.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE